Ezra Charles CALLOWAY, a/k/a Charles Smith, Petitioner–Appellant,

v.

**DISTRICT OF COLUMBIA BOARD OF PAROLE, Respondent–Appellee.**

No. 04–6283.

United States Court of Appeals, Fourth Circuit.

Submitted: June 2, 2004.

Decided: Aug. 2, 2004.

Ezra Charles Calloway, Appellant pro se.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ezra Charles Calloway, Sr., a Maryland state prisoner, seeks to appeal the order of the district court denying his request that the District of Columbia Board of Parole be instructed to hold a parole revocation hearing to determine if he violated his parole in the District of Columbia. We find that Calloway's action is properly construed as a petition for mandamus relief. *See Johnson v. Reilly,* 349 F.3d 1149, 1153 (9th Cir.2003); *Heath v. United States Parole Commission,* 788 F.2d 85, 89 (2d Cir. 1986). The Board of Parole filed a detainer with the Maryland Division of Correction. There is, however, "no constitutional duty to provide [a parolee] an adversary parole hearing until he is taken into custody as a parole violator by execution of [a] warrant." *Moody v. Daggett,* 429 U.S. 78, 89, 97 S.Ct. 274, 50 L.Ed.2d 236 (1976); *Larson v. McKenzie,* 554 F.2d 131, 132–33 (4th Cir.1977); *Gaddy v. Michael,* 519 F.2d 669, 677 (4th Cir.1975). We affirm the district court's order denying Calloway relief, as Calloway has not yet been taken into custody as a parole violator. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*